**United States Court of Appeals**

**FOR THE EIGHTH CIRCUIT**

_____

No. 96-3777NE

_____

United States of America,                    *
                                             *
                    Appellee,                *    Appeal from the United States
                                             *    District Court for the District
        v.                                   *    of Nebraska.
                                             *
Harlan Dwaine Porter,                        *         [UNPUBLISHED]
                                             *
                    Appellant.               *

_____

Submitted:  December 3, 1997
    Filed:  December 17, 1997

_____

Before FAGG, BOWMAN, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Following the revocation of Harlan Dwaine' Porter's supervised release, the district court sentenced Porter to a term of imprisonment followed by a new term of supervised release. On appeal, Porter contends the district court improperly added a new term of supervised release as part of Porter's revocation sentence. A discussion of the issue will serve no useful purpose because Porter's contention is foreclosed by the holdings of this court. See United States v. St. John, 92 F.3d 761, 766-67 (8th Cir. 1996). Accordingly, we affirm. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.